# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Jerry Thomas Collins,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                  3:10-cv-476
                                  3:06-cr-23-1

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2011 Order.

                Signed: April 1, 2011

                Frank G. Johns, Clerk
                United States District Court